

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00488-CR

**EX PARTE** Jose Manuel **MONTEJO GOMEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10450CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

Appellant's brief is due on September 28, 2022. Before the due date, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. After consideration, we **grant** appellant's motion and **order** appellant to file the brief **by November 28, 2022**. *See* TEX. R. APP. P. 38.6(d). Counsel is advised further motions for an extension of time to file the brief may be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

